IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESA HAGANS,<br><br>              Plaintiff,<br><br>v.<br><br>MADISON COUNTY STATE'S ATTORNEY'S OFFICE, MADISON COUNTY GOVERNMENT,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Cause No. 12-cv-1047-JPG-PMF<br>)<br>)<br>)<br>)<br>) |

**PRETRIAL EXHIBIT STIPULATION**

<u>Number</u>    <u>Description</u>    <u>Objection</u>    <u>If objection, state grounds</u>

| P.# | D.# | Description | Objection | If objection, state grounds |
|---|---|---|---|---|
| 1 | 5 | Hagans Memo to Smith 9/22/2010 Bates 0005-6 (2 pages) Madison County Bates number 05554-0555 | | |
| 2 | 6 | Smith Memo to Hagans 9/29/2010<br>Bates 0240 (1 page) Madison County Bates 0556 | | |
| 3 | 12 | Smith Memo to Hagans 2/11/2011 status – Reduction in Hours.<br>H Bates 0005; Madison County 0000007 | | |
| 4 | | Smith – Hagans Emails re: Vacation time Bates 02636, 2638, 2639, 2640, 2645, 2646 | | |
| 5 | | King v. King Docket Entry - Order Bates 0367 | | |
| 6 | | June 17, 2011 report of Proceedings in King v. King – entire (121 pages) Bates 0016 to 0137 | | |
| 7 | | June 17, 2011 Order taking matter under advisement. Bates | | |

1

| P.# | D.# | Description | Objection | If objection, state grounds |
|---|---|---|---|---|
| | | 0821 | | |
| 8 | | Judge Levy 10/30/2012 Order in King v. King 00-D-347 (7 pages) Exhibit 1 to J. Levy Depo | | |
| 9 | | 6/29/2011 "Payout of benefits" Gibbons to Hagans Bates 0187 | | |
| 10 | | Hagans email June 30, 2011 6:42 pm (2 pages) Bates 0143-0144) | | |
| 11 | | 4/21/2011 Memo of Record, 6/17/2011 memo of Record, 6/27/2011 Memo of Record Swanson Memos (4 pages) Bates MC 0018, 0019, MC 0054 | | |
| 12 | | Smith Fibromyalgia and ADA Internet research, MC Bates 0148149, 136 – 144, 01555-0165 (21 pages) | | |
| 13 | | Memo to File, July 6, 2011 re: Hagans review personnel file MC Bats 0068 (1 page) | | |
| 14 | | Memo to Theresa Hagans from S Smith Date: July 22, 2011 (3 pages) H Bates 0145 to 0147 | | |
| 15 | | Hagans email to Gibbons 2/16/11 6:52 pm re: HFS Contract and budget Issues (2 pages) H Bates 0334 and 0335 | | |
| 16 | | Thomas gibbons e-mail to Sanford Schmidt 10/24/2012 MC Bates 311 | D | Defendants object because this document is irrelevant and any probative value is outweighed by the danger of misleading the jury, wasting time, and confusing the issues.  FRE 401 and 403. |
| 17 | | Gibbons Press Release to Bethany Krajelis re:  Response to Complaint 10/1/2012 (2 pages) MC Bates 0825 to 826 (redacted) | D | Defendants object because this document is irrelevant and any probative value is outweighed by the danger of misleading the jury, wasting time, and confusing the issues.  FRE 401 and 403 |
| 18 | 11 | 2/9/2011 Handwritten notes MC Bates 0135 | | |
| 19 | | FMLA policy Madison County | | |

| P.# | D.# | Description | Objection | If objection, state grounds |
|---|---|---|---|---|
|  |  | State's Attorney's Office H Bates 02757 to 2758 |  |  |
| 20 |  | Personnel policy Handbook, Policy 6: Employee Conduct H Bates 02759 to 02762 |  |  |
| 21 |  | Hagans email to Hendricks 7/1/3:02 pm re: Last Day H Bates 0253 |  |  |
| 22 |  | Hagans email 9/29/2010 and Kovach emails 9/29/2010 MC Bates 0167 to 0168 |  |  |
| 23 | 9 | 1/12/2011 Memo Hagans to Hendricks, H Bates 0235 - 0236 |  |  |
| 24 | 10 | Hagans/Smith emails 1/11/2011 and attachment of Kovacs calendar H Bates 0237 & Bates MC 0824 |  |  |
| 25 |  | 6/30/11 emails H Bates 2608 |  |  |
| 26 |  | Hagans application for employment May 2012 H Bates 0148 to 0152 |  |  |
| 27 | 13 | March 1, 2011 emails Hagans and Swanson, (1 page) MC Bates 0001 |  |  |
| 28 | 15 | Swanson 4/8/2011 5:13 email to Hagans (1 page) MC Bates 0002 |  |  |
| 29 |  | Hagans to Smith May 30, 2012 seeking employment, MC Bates 0020 to 0026 and (H Bates 0148 to 152) |  |  |
| 30 | 34 | Smith to Hagans, 7/22/2011 Payout, MC Bates 0034 |  |  |
| 31 | 35 | 7/01/2011 Smith Hagans emails MC Bates 0042 and 0043 |  |  |
| 32 |  | Medical Records MC Bates 0653, 00681, 0654, Hagans Bates 0199 – 0200, Feinberg records of 5/25/2010 (3 pages), MC 0642, Midwest Acute Care (2 pages) 2/5/2010, MC 672-673, Midwest Acute Care 6/29/2011 (2 pages), MC 669 to 670, Dr. Cantrell evaluation report dated 1/18/2013 (4 pages) |  |  |
| 33 |  | Defendants' Responses to |  |  |

3

| P.# | D.# | Description | Objection | If objection, state grounds |
|---|---|---|---|---|
|  |  | Plaintiff's Request to Admit (7 pages) [Pacer Document 10] |  |  |
| 34 |  | Photographs of Madison County SUV provided to Hendricks (3 photos) at big Daddy's Bar | D | Defendants object because these photographs lack foundation, are irrelevant and any probative value is outweighed by the danger of misleading the jury, wasting time, and confusing the issues. FRE 401 and 403 |
| 35 |  | Proposed SEPARATION AGREEMENT AND RELEASE, H Bates 0011 to 0015 | D | Defendants object because this information is irrelevant, unfairly prejudicial, and is inadmissible evidence of an attempt to compromise a claim. FRE 401, 403, and 408 |
| 36 |  | 3 Memorandum RE: Payout of Benefits MC 0130 - 0132 |  |  |
| 37 |  | Hagans email dated July 1, 2011 3:13 pm H Bates 2607 |  |  |
| 38 |  | Madison County caseload (1 page) MC Bates 0242 |  |  |
| 39 |  | Hagans/Smith emails 1/11/2011 H Bates 0237 |  |  |
| 40 |  | Hagans email to Kevin Hendricks 1/12/2011 H Bates 335 to 336 |  |  |
| 41 |  | Hagans/Jensen emails 9/12 and 9/15/2011 H Bates (2 pages) | D | Defendants object to the introduction of this exhibit because it was not produced by Plaintiff during discovery. |
| 42 | 41 | Summary of Monthly Compliance Reports H Bates 2370 to 2372 (3 pages) |  |  |
| 43 | 42 | August 2010, September 2010, November 2010, December 2010, HFS Contract Monitoring Reports H Bates 2486 – 2487, 2489 – 2490, 2494 - 2497 |  |  |
| 44 |  | November 2009 to January 2010 Contract Monitoring Report H Bates 02515, 2518, 2521 (3 pages) |  |  |
| 45 | 37 | Smith Memo to File… "On July 6, 2011" MC Bates 0047 |  |  |

4

| P.# | D.# | Description | Objection | If objection, state grounds |
|---|---|---|---|---|
| 46 |  | Smith to Renick, July 6, 2011 MC Bates 0048 |  |  |
| 47 | 39 | HFS SFY 10 Contract Monitoring MC Bates 0235 – 0239 |  |  |
| 48 | 40 | HFS SFY 12 Contract Monitoring MC Bates 0225 – 0229 |  |  |
| 49 |  | Tom Gibbons Madison State's Attorney Fund Raiser Invitation for Thursday April 24, 2014 | D | Defendant objects to the introduction of this exhibit because it is irrelevant and was not produced during discovery. FRE 401 |
| 50 |  | Defendants' Responses to Plaintiff's Interrogatories |  |  |
| 51 | 28 | Documents regarding Plaintiff's IMRF Benefits, H Bates 1068-1101, 1106-1117 |  |  |
| 52 | 27 | Documents regarding Plaintiff's health insurance coverage, H Bates 1062-1067, 1160-1161 |  |  |
| 53 |  | IMRF Refund H Bates 1068-1070 |  |  |
|  | 1 | December 2, 2002 Memorandum from Plaintiff to William A. Mudge regarding Plaintiff's duties and responsibilities – Bates-Labeled Madison County 0000096 |  |  |
|  | 2 | January 5, 2010 email correspondence between Plaintiff, Christine Kovach, and Joelle Randolph regarding L-O Non-Compliance – Bates-Labeled Hagans Compliance 361-362 |  |  |
|  | 3 | June 4-June 7, 2010 email correspondence between Christine Kovach, Plaintiff, Kerri Weishaupt, William Mudge, and Stephanee Smith regarding lack of response from Plaintiff on a file – Bates-Labeled Madison County 0000166 |  |  |

| P.# | D.# | Description | Objection | If objection, state grounds |
|---|---|---|---|---|
|  | 4 | July 16, 2010 email correspondence between Assistant State's Attorney's Office employees regarding handling caseloads – Bates-Labeled Madison County 0000240-242 |  |  |
| 1 | 5 | September 22, 2010 Memorandum from Plaintiff to Stephanee Smith regarding Plaintiff's request for change in hours/salary – Bates-Labeled Madison County 0000005-6 |  |  |
| 2 | 6 | September 29, 2010 Memorandum from Stephanee Smith to Plaintiff regarding accommodation of Plaintiff's request for reduced schedule – Bates-Labeled Madison County 0000008 |  |  |
|  | 7 | September 29, 2010 email correspondence between Assistant State's Attorney's Office employees regarding Plaintiff's temporary change in work hours – Bates-Labeled Madison County 0000167-168 |  |  |
|  | 8 | November 3, 2010 email correspondence between Assistant State's Attorney's Office employees regarding case management after Plaintiff's temporary change in work hours – Bates-Labeled Madison County 0000169-171 |  |  |
| 23 | 9 | January 12, 2011 Memorandum from Plaintiff to Kevin Hendricks re office issues with Christine Kovach – Bates-Labeled Hagans Compliance 000235-236 |  |  |
| 24 | 10 | January 2011 Image of Desk Calendar – Bates-Labeled Madison County 824 |  |  |

| P.# | D.# | Description | Objection | If objection, state grounds |
|---|---|---|---|---|
| 18 | 11 | February 9, 2011 Notes from meeting between Plaintiff, Stephanee Smith, and Donald Flack regarding status of Plaintiff's reduced schedule – Bates-Labeled Madison County 0000135 | | |
| 3 | 12 | February 11, 2011 Memorandum from Stephanee Smith to Plaintiff regarding status of Plaintiff's reduced schedule – Bates-Labeled Madison County 0000007 | | |
| 27 | 13 | March 1, 2011 email correspondence between Michael Swanson and Plaintiff regarding Plaintiff's administrative tasks – Bates-Labeled Madison County 0000001 | | |
| | 14 | April 5, 2011 email correspondence from Plaintiff directed to Madison County Assistant States Attorney's Office employees – Bates-Labeled Madison County 0000057 | | |
| 28 | 15 | April 8, 2011 email correspondence from Michael Swanson to Plaintiff regarding legal action referrals – Bates-Labeled Madison County 0000002 | | |
| | 16 | April 8-April 15, 2011 correspondence between Plaintiff, Michael Swanson, Kerri Monger and all staff regarding requests from custodial parents – Bates-Labeled Hagans Compliance 000331-333, 327 | | |
| | 17 | April 21, 2011 Memorandum of Record regarding Plaintiff prepared by Michael Swanson regarding Plaintiff's performance of job functions – Bates-Labeled Madison County 0000003 | | |

| P.# | D.# | Description | Objection | If objection, state grounds |
|---|---|---|---|---|
|  | 18 | April 22, 2011-May 17, 2011 email correspondence between Plaintiff and Pam Masten regarding Plaintiff's delay in responding to email – Bates-Labeled Hagans Compliance 000651-653 |  |  |
|  | 19 | June 17, 2011 Memorandum of Record prepared by Michael Swanson regarding Plaintiff being unprepared and tardy for trial – Bates-Labeled Madison County 0000004 |  |  |
|  | 20 | January 18, 2013 Medical Evaluation – Physician's Report prepared by Dr. Dolores M. Cantrell |  |  |
|  | 21 | Madison County State's Attorney's Office IV-D Assistant State's Attorney Job Description – Bates-Labeled Madison County 0000358-359 |  |  |
|  | 22 | Madison County Personnel Policy Handbook – Bates-Labeled Madison County 0000752-818 |  |  |
|  | 23 | Plaintiff's Medical Records – Bates-Labeled Madison County 000642, 653-654, 669-670, 672-673, 681, and Hagans Compliance 000153-217 |  |  |
|  | 24 | Documents regarding Plaintiff's earnings since employment termination – Bates-Labeled Hagans Compliance 001041-1053, 1102-1105 |  |  |
|  | 25 | Plaintiff's 2012 Income Tax Return – Bates-Labeled Hagans Compliance 001231-1250 |  |  |
|  | 26 | Plaintiff's 2011 Income Tax Return – Bates-Labeled Hagans Compliance 1251-1267 |  |  |
| 52 | 27 | Documents regarding Plaintiff's health insurance coverage – Bates-Labeled Hagans |  |  |

| P.# | D.# | Description | Objection | If objection, state grounds |
|---|---|---|---|---|
|  |  | Compliance 001062-1067, 1160-1161 |  |  |
| 51 | 28 | Documents regarding Plaintiff's IMRF Benefits – Bates-Labeled Hagans Compliance 001068-1101, 1106-1117 |  |  |
|  | 29 | November 26, 2011 Plaintiff's application with State of Illinois – Bates-Labeled Hagans Compliance 001335-1340 |  |  |
|  | 30 | July 23, 2012 Plaintiff's application with St. Louis County – Bates-Labeled Hagans Compliance 001793-1800 |  |  |
|  | 31 | September 21, 2010 internet documents regarding ADA and fibromyalgia – Bates-Labeled Madison County 0000136-165 |  |  |
|  | 32 | April 29, 2010 HFS Contract with Madison County for July 1, 2010 through June 30, 2011 – Bates-Labeled Madison County 0000273-296, 269 |  |  |
|  | 33 | February 14, 2011 Plaintiff's Notes re meeting with Kerri Moniger – Bates-Labeled Hagans Compliance 000338-341 |  |  |
| 30 | 34 | July 22, 2011 Memorandum from Stephanee Smith to Plaintiff – Bates-Labeled Madison County 0000034 |  |  |
| 31 | 35 | July 1, 2011 email correspondence between Stephanee Smith and Plaintiff – Bates-Labeled Madison County 0000042-43 |  |  |
|  | 36 | June 30, 2011 email from Plaintiff to various recipients – Bates-Labeled Madison County 0000045 |  |  |
| 45 | 37 | July 6, 2011 Memo to File prepared by Stephanee Smith – Bates-Labeled Madison County 0000047 |  |  |
|  | 38 | HFS Contract Monitoring |  |  |

| P.# | D.# | Description | Objection | If objection, state grounds |
|---|---|---|---|---|
|  |  | Review SFY 2011 (July 2010-June 2011) – Bates-Labeled Madison County 0000230-234 |  |  |
| 47 | 39 | HFS Contract Monitoring Review SFY 2010 (July 2009-June 2010) – Bates-Labeled Madison County 0000235-239 |  |  |
| 48 | 40 | HFS Contract Monitoring Review SFY 2012 (July 2011-June 2012) – Bates-Labeled Madison County 0000225-229 |  |  |
|  | 41 | HFS Summary of Compliance Reports (May 2008-July 2012) – Bates-Labeled Hagans Compliance 002370-2372 |  |  |
|  | 42 | HFS Monthly Compliance Reports – Bates-Labeled Hagans Compliance (002486-002497) |  |  |
|  | 43 | Plaintiff's Resume – Bates-Labeled Madison County 0000298-300 |  |  |
|  | 44 | Various emails between Plaintiff and Stephanee Smith regarding requests for time off or make-up time – Bates-Labeled Madison County 0000319-322, 330-333; Hagans Compliance 002610, 2616, 2621-2622, 2624-2626, 2628-2629 |  |  |
|  | 45 | Orders in King v. King case – Bates-Labeled Madison County 0000821-823 |  |  |
|  | 46 | Plaintiff's Complaint |  |  |
|  | 47 | Plaintiff's Charge of Discrimination filed with the Illinois Human Rights Department – Bates-Labeled Madison County 0000211-213 |  |  |
|  | 48 | Plaintiff's Answers to Defendants' Interrogatories and all Supplemental Answers to the same |  |  |

                          SANDBERG PHOENIX & von GONTARD P.C.

By:     */s/ Raven J. Akram*
       John L. Gilbert, #954101
       Raven J. Akram, #6298196
       101 W. Vandalia, St. 300
       Edwardsville, IL 62025
       618-659-9526
       618-659-9862 (Fax)
       E-mail: jgilbert@sandbergphoenix.com
                rakram@sandbergphoenix.com
       Attorneys for Defendants

**Certificate of Service**

      The undersigned certifies that a copy of the foregoing was sent via the Court's electronic filing system this 6th day of May, 2014 and email to the following:

Lee W. Barron
William D. Buchanan
112 Front St.
Alton, IL 62002
618/462-9160
618/462-9167 Fax
E-mail: lee@leebarronlaw.com
        will@leebarronlaw.com
*Attorney for Plaintiff*

                                    */s/ Raven J. Akram*