IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESA HAGANS,<br><br>      Plaintiff,<br><br>   vs.<br><br>MADISON COUNTY STATE'S ATTORNEY'S OFFICE and MADISON COUNTY GOVERNMENT,<br><br>      Defendants. | Case No. 12-cv-1047-JPG-PMF |

### JUDGMENT

This matter having come before the Court, the issues having been heard, and jury having rendered a verdict,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Madison County State's Attorney's Office and Madison County Government and against plaintiff Theresa Hagans.

**DATED:** May 29, 2014        JUSTINE FLANAGAN, Acting Clerk of Court

                                              By: s/Abbie McNew, Deputy Clerk

**Approved:**   *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**